IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAVIER RAMOS,

    Petitioner,

v.                                      CASE NO.: 5:06cv48-SPM/MD

WALTER A. MCNEIL,
SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER EXTENDING TIME TO FILE OBJECTIONS

Upon consideration, Petitioner's unopposed motion for extension of time (doc. 52) is granted. Petitioner shall have up to and including April 26, 2009, to file his objections.

SO ORDERED this 31st day of March, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge