IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAVIER RAMOS,

      Petitioner,

v.                                   CASE NO. 5:06cv48-SPM/MD

WALTER A. MCNEIL,

      Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's order, report and recommendation. Doc. 45. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Docs. 58 and 59. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. For the reasons thoroughly explained in the report and recommendation, Petitioner's ineffective assistance of counsel claims fail to satisfy the two prongs of the Strickland test. Petitioner's claims of trial court error were procedurally defaulted. Accordingly, it is

      ORDERED AND ADJUDGED:

      1.      The magistrate judge's report and recommendation (doc. 45) is ADOPTED and incorporated by reference in this order.

2. The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in State of Florida v. Javier Ramos, in the Circuit Court of Bay County, Florida, case no. 94-1940, is denied.

DONE AND ORDERED this 18th day of September, 2009.


                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         Chief United States District Judge