IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAVIER RAMOS,

    Petitioner,

v.                              CASE NO. 5:06cv48-SPM/MD

WALTER A. MCNEIL,

    Respondent.

_____/

**ORDER GRANTING CERTIFICATE OF APPEALABILITY AS TO
INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS**

This cause comes before the Court on Petitioner's Unopposed Request for Enlargement of Time in Which to File Application for Certificate of Appealability (doc. 65) and Application for Certificate of Appealability (doc. 66).

A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Petitioner has made a substantial showing of the denial of a constitutional

right with regard to his ineffective assistance of counsel claims. No such showing was made, however, with regard to his claims of trial court error, which were not fairly presented to the state court and therefore procedurally defaulted.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Petitioner's Unopposed Request for Enlargement of Time in Which to File Application for Certificate of Appealability (doc. 65)

2. Petitioner's Application for Certificate of Appealability (doc. 66) is granted as to his ineffective assistance of counsel claims and denied as to his trial court error claims.

DONE AND ORDERED this 9th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge